SALLY L. UNTERMANN, PLAINTIFF-PETITIONER, v. JOHN JOSEPH UNTERMANN, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Chancery Division.

See same case below: 35 *N. J. Super.* 367.

*Messrs. McGlynn, Stein & McGlynn* for the petitioner.

*Messrs. Siegler & Siegler* for the respondent.

September 10, 1956.

CAROLINE D. TRAUTWEIN, *ET AL.*, PLAINTIFFS-PETI-TIONERS, v. CLIFFORD HARBOURT, *ET AL.*, DEFEND-ANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 40 *N. J. Super.* 247.

*Mr. Harry Green* and *Mr. Arthur S. Kelsey* for the petitioners.

*Messrs. Burton & Seidman, Mr. August C. Ullrich* and *Mr. John Claud Simon* for the respondents.

September 10, 1956.